AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**E-FILING**

XILINX, INC.,
a Delaware corporation,
           Plaintiff
      v.
XILIENT, INC.,
a Delaware corporation,
           Defendant

)
)
) Civil Action No.
)
) ADR  C08  02307  BZ
)

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Xilient, Inc.
10181 Bubb Road
Cupertino, CA 95014

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Andrew P. Valentine
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

Eugene M. Pak
Heather A. Dunn
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 0 5 2008

Tiffany Salinas-Harwell

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

American LegalNet, Inc.
www.FormsWorkflow.com