1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3  margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Defendant, Xilient, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Xilinx, Inc.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Xilient, Inc.<br><br>　　　　　Defendant. | CASE NO. 3:08-CV-02307-BZ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2 |
|---|---|

## **STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiff Xilinx, Inc. ("Xilinx") and Defendant Xilient, Inc. ("Xilient") hereby stipulate and request the Court enter an Order extending the deadline for Xilient to file a response to the Complaint to **June 27, 2008**.

An extension is needed in this case because the parties are engaged in efforts to resolve this matter outside of court and additional time is needed.  This extension may result in resolution of this matter without litigation.

The parties hereby request that the Court adopt the above-referenced extension as the Order of this Court.

1 | Respectfully submitted,

2 | DATED: May 27, 2008        QUINN EMANUEL URQUHART OLIVER &
3 |                            HEDGES, LLP

4 |

5 |                            By /s/ Margret M. Caruso
                                  Margret M. Caruso
6 |                               Attorneys for Xilient, Inc.

7 | DATED: May 27, 2008        DLA PIPER US LLP

8 |

9 |                            By /s/ Eugene M. Pak
                                  Eugene M. Pak
10 |                              Attorneys for Xilinx, Inc.

11 |

12 |                           **[PROPOSED] ORDER**

13 | PURSUANT TO STIPULATION, IT IS ORDERED.

14 | DATED: May ___, 2008

15 |

16 |                           By_____
                                  Honorable Bernard Zimmerman
17 |                              UNITED STATES DISTRICT JUDGE