1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3  margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  Attorneys for Defendant, Xilient, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Xilinx, Inc. | CASE NO. 3:08-CV-02307-BZ |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2 |
| vs. | |
| Xilient, Inc. | |
| Defendant. | |

## **STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiff Xilinx, Inc. ("Xilinx") and Defendant Xilient, Inc. ("Xilient") hereby stipulate and request the Court enter an Order extending the deadline for Xilient to file a response to the Complaint to **June 27, 2008**.

An extension is needed in this case because the parties are engaged in efforts to resolve this matter outside of court and additional time is needed. This extension may result in resolution of this matter without litigation.

The parties hereby request that the Court adopt the above-referenced extension as the Order of this Court.

Respectfully submitted,

DATED:  May 27, 2008						QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


							By /s/ Margret M. Caruso
							   Margret M. Caruso
							   Attorneys for Xilient, Inc.

DATED:  May 27, 2008						DLA PIPER US LLP


							By /s/ Eugene M. Pak
							   Eugene M. Pak
							   Attorneys for Xilinx, Inc.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED:  May 28, 2008


							By _____
							   Honorable Bernard Zimmerman
							   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*