1  ANDREW P. VALENTINE (State Bar No. 162094)
   DLA PIPER US LLP
2  2000 University Avenue
   East Palo Alto, CA 94303-2248
3  T: (650) 833-2000
   F: (650) 833-2001
4
5  EUGENE M. PAK (State Bar No. 168699)
   HEATHER A. DUNN (State Bar No. 209209)
   DLA PIPER US LLP
6  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1907
7  Tel: (415) 836-2500
   Fax: (415) 836-2501
8
9  Attorneys for Plaintiff
   XILINX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| XILINX, INC., a Delaware corporation, | CASE NO. C 08 02307 BZ |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| XILIENT, INC., a Delaware corporation, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 4, 2008                    DLA PIPER US LLP

                                       By: ___/s/ Eugene M. Pak___
                                           Eugene M. Pak

                                       Attorneys for Plaintiff
                                       XILINX, INC.

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT (CASE NO. C 08 02307 BZ)

WEST\21427293.1