# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
08 JUN -9 PM 12: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,
a Delaware corporation,
    Plaintiff
    v.
XILIENT, INC.,
a Delaware corporation,
    Defendant

E-FILING

ADR

)
)   Civil Action No.
)
)   **C08 02307**
)
)                                    BZ

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Xilient, Inc.
10181 Bubb Road
Cupertino, CA 95014

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Andrew P. Valentine
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

Eugene M. Pak
Heather A. Dunn
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 0 5 2008**

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| EUGENE M. PAK, ESQ. (16869)<br>DLA PIPER US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, California 94107 | (415) 659-7 | |
| Attorneys for: XILINX, INC. | Ref. No. Or File No.<br>W2496194 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
XILINX, INC.

Defendant:
XILIENT, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-02307 BZ |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR AL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : XILIENT, INC.

By Serving        : AMIR MOBINI, President

Address           : 10181 Bubb Road, Cupertino, California 95014
Date & Time       : Monday, May 5, 2008 @ 12:59 p.m.
Witness fees were : Not applicable.


Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 382
   (3) County: San Francisco
   (4) Expires: 1/9/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 5, 2008                    Signature: _____
                                                Stephen Sabol

Printed on recycled paper