1  ANDREW P. VALENTINE (State Bar No. 162094)
   DLA PIPER US LLP
2  2000 University Avenue
   East Palo Alto, CA 94303-2248
3  T: (650) 833-2000
   F: (650) 833-2001
4
   EUGENE M. PAK (State Bar No. 168699)
5  HEATHER A. DUNN (State Bar No. 209209)
   DLA PIPER US LLP
6  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1907
7  Tel: (415) 836-2500
   Fax: (415) 836-2501
8
9  Attorneys for Plaintiff
   XILINX, INC.
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>XILIENT, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV-02307-SC<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Settlement Agreement between the parties, Plaintiff Xilinx, Inc. hereby voluntarily dismisses this action without prejudice, each party to bear their own fees and costs.


DATED: June 26, 2008              **DLA PIPER US LLP**


                                   By: /s/ Eugene Pak
                                       Eugene M. Pak
                                   Attorneys for Plaintiff
                                   XILINX, INC.

-1-

WEST\21455844.1                                            NOTICE OF DISMISSAL