ANDREW P. VALENTINE (State Bar No. 162094)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
T: (650) 833-2000
F: (650) 833-2001

EUGENE M. PAK (State Bar No. 168699)
HEATHER A. DUNN (State Bar No. 209209)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

Attorneys for Plaintiff
XILINX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILINX, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> XILIENT, INC., a Delaware corporation, <br><br> Defendant. | CASE NO. CV-02307-SC <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Settlement Agreement between the parties, Plaintiff Xilinx, Inc. hereby voluntarily dismisses this action without prejudice, each party to bear their own fees and costs.

DATED: June 26, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

DLA PIPER US LLP


By: __/s/ Eugene Pak__
       Eugene M. Pak
Attorneys for Plaintiff
XILINX, INC.

-1-

WEST\21455844.1                                                    NOTICE OF DISMISSAL